IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| LAWRENCE MICHAEL ARCHER, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO: 7:23-cv-00378 |
| § | |
| CONNIE COBB § | |
| SUBSTITUTE TRUSTEE, § | |
| § | |
| *Defendant*. § | |

## ORDER FOR FORECLOSURE

On this day, the Court considered Defendant / Counter-Plaintiff Carrington Mortgage Services, LLC's Motion for Default Judgment for Judicial Foreclosure against Plaintiff / Counter-Defendant Lawrence Michael Archer. The Court hereby finds:

An event of default has occurred on the Promissory Note in the principal amount of $118,760.00 executed on March 25, 2019, by Lawrence Michael Archer, payable to Carrington Mortgage Services, LLC (the "Note").

Lawrence Michael Archer and Audrey Archer executed a Deed of Trust (the "Deed of Trust," collectively with the Note the "Loan") dated March 25, 2019, and recorded in the real property records of Hidalgo County, Texas as Document No. 2019-30000306;

The Deed of Trust encumbers the real property located at 1417 Goldcrest Avenue, McAllen, Texas 78504 (the "Property") and more particularly described as:

> Lot One Hundred Three (103), NORTHPARK ESTATES, an addition to the City of McAllen, Hidalgo County, Texas, according to the map or plat thereof recorded in Volume 20, Page 112, Map

1

Records, Hidalgo County, Texas, to which reference is here made for all pertinent purposes.

The party authorized to enforce the terms of the Deed of Trust is Carrington Mortgage Services, LLC ("Carrington") as servicer of the Loan.

The following are secured by the Deed of Trust: the outstanding balance of the Note, which was at least $197,448.18 as of October 8, 2024, plus all contractual interest, escrow advances, fees, costs and other items in the Loan that are recoverable and have accrued since that date; prejudgment interest; post-judgment interest; and costs of court;

The requisite notices to cure the default and accelerate the maturity of the debt under the Deed of Trust, Texas Property Code § 51.002, and applicable law have been given to each person or entity obligated under the Loan, and the opportunity to cure has expired;

Cross-Defendant Audrey Archer is unopposed to the judicial foreclosure;

Prior to the filing of Carrington's Counterclaim for Judicial Foreclosure, all actions required by applicable law and the lien sought to be foreclosed have been performed.

In consideration of the above, it is hereby,

ORDERED, ADJUDGED, AND DECREED that, due to the event of default on the Note, Carrington, or its successors or assigns, may enforce its Security Instrument against the Property through non-judicial foreclosure of the Property as provided in the Security Instrument and section 51.002 of the Texas Property Code, or, alternatively, through judicial foreclosure; it is further,

ORDERED, ADJUDGED, AND DECREED that Carrington, or its successors or assigns, is entitled to a Judicial Foreclosure Judgment (hereinafter "Judgment") allowing it to proceed with a judicial foreclosure sale under the terms of the Note, Deed of Trust, Texas Property Code § 51.002, Texas Rule of Civil Procedure 309, and applicable law with respect to the secured Property; it is further,

ORDERED, ADJUDGED, AND DECREED that Carrington, is awarded attorney's fees and costs as provided by the Loan, to be added on to the total debt owed on the Loan; it is further

ORDERED, ADJUDGED, AND DECREED that Carrington is awarded attorneys' fees and costs, to be determined by subsequent motion; it is further,

ORDERED, ADJUDGED, AND DECREED that any relief not specifically granted in this Judgment is DENIED and any parties not otherwise disposed of are DISMISSED.

Signed this 22nd day of October, 2024.

_____
Randy Crane
United States District Judge