Case 7:23-cv-00378   Document 24   Filed 12/02/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 02, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LAWRENCE MICHAEL ARCHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:23-CV-00378 |
| | § | |
| CONNIE COBB, | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING CARRINGTON'S MOTION FOR SUMMARY JUDGMENT

Now before the Court is Defendant/Counter-Plaintiff and Intervenor Carrington Mortgage Services, LLC's (Carrington) Motion for Summary Judgment as to all claims asserted by Plaintiff/Counter-Defendant Lawrence Michael Archer (Plaintiff) in his Original Petition. (Dkt. No. 23). As more than 21 days has passed since the filing of the Motion and Plaintiff has made no response, the Court accepts as undisputed the facts listed in support of the Motion and finds basis to enter judgment as a matter of law on all claims. *See* (*id.*); Local Rules 7.3, 7.4; *Eversley v. MBank Dallas*, 843 F.2d 172, 174 (5th Cir. 1988); FED. R. CIV. P. 56(a). Accordingly, the Court hereby **ORDERS** that Carrington's Motion for Summary Judgment is **GRANTED** and Plaintiff's claims are **DISMISSED** with prejudice.

SO ORDERED December 2, 2024, at McAllen, Texas.

*Randy Crane*
Randy Crane
Chief United States District Judge