United States District Court
Southern District of Texas
**ENTERED**
December 04, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LAWRENCE MICHAEL ARCHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:23-CV-00378 |
| | § | |
| CONNIE COBB, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

As the Court has disposed of all claims asserted in this lawsuit through the Order of Foreclosure and Order Granting Carrington's Motion for Summary Judgment (Docket No. 24), and in accordance with the relief recited therein, the Court hereby enters final judgment in this case.

SO ORDERED December 4, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge